UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul E. Miller

   v.                                                             Case No. 23-cv-333-JL

Veterans Administration Medical Center

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 20, 2023.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Date: January 5, 2024

cc:    Paul E. Miller, pro se
        Anna Dronzek, AUSA